■ WILLIAM L. HAINES, JR., et al., Appellants, v NEW YORK MUTUAL UNDERWRITERS, Respondent. (Appeal No. 1.) [815 NYS2d 881]—Appeal from a judgment (denominated order) of the Supreme Court, Onondaga County (James W. McCarthy, A.J.), entered January 27, 2005 in a declaratory judgment action. The judgment granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, J.P., Gorski, Martoche, Green and Hayes, JJ.